# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| ANGELA C. RAYMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-398 |
| ) | |
| RATNER COMPANIES, L.C. et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 6, 2017.

Based on a _de novo_ review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Plaintiffs' complaint against defendants be dismissed pursuant to Federal Rule of Civil Procedure 37. It is further

ORDERED that defendants are awarded their total requested attorneys' fees and costs of $14,552.50.

/s/ Claude M. Hilton
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March _27_, 2017